**IN THE SUPREME COURT OF PENNSYLVANIA
MIDDLE DISTRICT**

U.S. BANK, N.A., AS TRUSTEE FOR
SASCO MORTGAGE LOAN TRUST
2006-WF3,

           Respondent

           v.

ALBERT J. HARLOW, JR.,

           Petitioner

: No. 318 MAL 2016
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court
:
:
:
:
:
:
:
:
:
:

**ORDER**

**PER CURIAM**

    **AND NOW**, this 15th day of September, 2016, the Petition for Allowance of Appeal is **DENIED**.